IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WALTER MEADOWS                          *

       Plaintiff              *

    vs.                                 *     CIVIL ACTION NO. MJG-12-2217

AMERICAN CREDIT & COLLECTIONS,   *
LLC
       Defendant              *

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER RE: DEFAULT

Due to the failure of Plaintiff to comply with the Court's Order Re: Default issued November 20, 2012, this case is hereby dismissed without prejudice, the parties to bear their own respective costs.

SO ORDERED, this Monday, January 07, 2013.

/s/
Marvin J. Garbis
United States District Judge